# Third District Court of Appeal

## State of Florida

Opinion filed August 31, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-1043
Lower Tribunal No. 18-18969

————————————

**Daniel Rosenberg,**
Appellant,

vs.

**Issy Gonzalez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

The Florida Appellate Firm, P.A., and Brandon S. Vesely, B.C.S. (St. Petersburg), for appellant.

Marrero, Chamizo, Marcer Law, and Jessica Serrano, for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.